UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| DAVID NOVELLI, | : BANKRUPTCY NO. 21-13114-mdc |
|       Debtor | : |
| | : CHAPTER 13 |
| | : |
| | : L.B.R. 9014-3 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| | : |
|       Movant | : HEARING:  **APRIL 25, 2023** |
| | :                  **AT 10:30 A.M.** |
| vs. | :                  **Telephonic hearing** |
| | : |
| DAVID NOVELLI and | : |
| KENNETH E. WEST, Trustee | : |
|       Respondents | : |

**NOTICE OF MOTION/RESPONSE DEADLINE AND HEARING DATE**

    PENNSYLVANIA HOUSING FINANCE AGENCY has filed the Motion of Pennsylvania Housing Finance Agency for Relief From the Automatic Stay to Permit Pennsylvania Housing Finance Agency to Foreclose on 48 N. New Ardmore Avenue, Broomall, PA 19008.

    <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney).

    1.    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **April 14, 2023**, you or your attorney must do **ALL** of the following:

        (a)    file an Answer explaining your position at:

                Clerk
            U. S. Bankruptcy Court
        Eastern District of Pennsylvania
    Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
           Philadelphia, PA  19107

    If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) mail a copy to the Movant's attorney:

Leon P. Haller, Esquire
Purcell, Krug & Haller
1719 North Front Street
Harrisburg, PA 17102-2392

Telephone No. (717)234-4178
Fax No. (717)233-1149

  2. If you or your attorney do not take the steps described in Paragraphs 1(a) and (b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

  3. A **telephonic hearing** on the Motion is scheduled to be held before The Honorable Magdeline D. Coleman on **APRIL 25, 20023 at 10:30 A.M.**

  4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's Office at (610)208-5036 to find out whether the hearing has been cancelled because no one filed an Answer.

                PURCELL, KRUG & HALLER

                By:/s/Leon P. Haller
                Leon P. Haller
                1719 North Front Street
                Harrisburg, PA 17102-2392
                (717)234-4178
                Attorney ID #15700
                Attorney for Movant
Dated: March 27, 2023       lhaller@pkh.com